**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

BENNY M. ANAYA,

    Plaintiff,

v.   Civ. No. 18-145 JCH/GJF

CITY OF SOCORRO,

    Defendant.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58(a) and consistent with the "Order of Dismissal Without Prejudice" [ECF No. 19] entered by the Court on November 2, 2018, this Final Judgment is entered and the above-captioned cause is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE